## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. MOATS, | : |
| | : |
| Plaintiff | :    No. 3:14-CV-0411 |
| | : |
| vs. | :    (Judge Nealon) |
| | : |
| CAROLYN W. COLVIN, Acting | :    (Magistrate Judge Blewitt) |
| Commissioner of Social Security | : |
| | : |
| Defendant | : |

**FILED**
**SCRANTON**
DEC - 3 2014
PER _____ *(signature)*
DEPUTY CLERK

### ORDER

**AND NOW**, this 3rd day of December, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 19), issued by Magistrate Judge Thomas M. Blewitt is **ADOPTED**;

2. Plaintiff's appeal from the Commissioner's decision is **GRANTED**;

3. The decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits is **VACATED**;

4. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

5. The Clerk of Court shall **CLOSE** this case.

*(signature)*
**United States District Judge**